PER CURIAM.
We affirm the conviction and sentence in this appeal, which is brought pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). However, we remand for correction of the written judgment form which incorrectly designates the offense of attempted armed robbery with a deadly weapon as a first-degree felony when, in fact, it is a second-degree felony. See Johnson v. State, 667 So.2d 314 (Fla. 1st DCA 1995); §§ 812.13(2)(a); 777.04(4)(b); and 775.082(3)(e), Fla.Stat. (1995).
ERVIN and MINER, JJ., and SMITH, LARRY, Senior Judge, concur.